THE DIME SAVINGS BANK OF BROOKLYN, Respondent, *v.* FRANKE CROOKE, Impleaded, etc., Appellant.

(Argued April 30, 1886; decided June 1, 1886.)

*John H. Bergen* for appellant.

*J. T. Marean* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

GUSTAV ISAAC et al., Appellants, *v.* THE DENVER AND RIO GRANDE RAILWAY COMPANY, Respondent.

(Argued April 30, 1886; decided June 1, 1886.)

*Samuel Untermyer* for appellants.

*John E. Burrill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.